WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiffs, Federal National Mortgage Association and RoundPoint Mortgage Servicing Corporation*

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

SEP 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; and ROUNDPOINT MORTGAGE SERVICING CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; DANIEL HALL; DIANA HALL,<br><br>Defendants. | Case No.: 3:17-CV-00398-LRH-VPC<br><br>**PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S AND ROUNDPOINT MORTGAGE SERVICING CORPORATION'S MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date of Hearing: October 6, 2017<br>Time of Hearing: 10:00 a.m.<br>Magistrate Judge: Valerie P. Cooke |

Plaintiffs Federal National Mortgage Association ("Fannie Mae") and RoundPoint Mortgage Servicing Corporation ("RoundPoint"), by and through their counsel of record, Dana Jonathon Nitz, Esq. and Christina V. Miller, Esq., of the law firm Wright, Finlay & Zak, LLP, hereby move this Court for permission to appear telephonically at the Case Management Conference scheduled for October 6, 2017 at 10:00 a.m. before United States Magistrate Judge Valerie P. Cooke in Reno, Nevada. The undersigned counsel is located in Las Vegas, Nevada.

///

///

///

1  Telephonic appearance by counsel on behalf of Fannie Mae and RoundPoint will not harm or prejudice any other party to this litigation and the undersigned counsel will be prepared to discuss all matters contemplated in the Court's Order Setting Case Management Conference and will have authority to enter into stipulations regarding all matters that may be discussed. ECF No. 20.

Fannie Mae and RoundPoint previously moved to appear telephonically [ECF No. 21], which was denied without prejudice to refile one the case management report was filed. ECF No. 22. The parties have now filed their Joint Case Management Report. ECF No. 23. Accordingly, Fannie Mae and RoundPoint hereby respectfully resubmit their request to make a telephonic appearance at the Case Management Conference on October 6, 2017.

DATED this 28th day of September, 2017.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: September 29, 2017

WRIGHT, FINLAY & ZAK, LLP

/s/ Christina V. Miller
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiffs, RoundPoint Mortgage Servicing Corporation and Federal National Mortgage Association*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Wright, Finlay & Zak, LLP, and that on this 28th day of September, 2017, I did cause a true copy of **PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S AND ROUNDPOINT MORTGAGE SERVICING CORPORATION'S MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** to be electronically served to each party via the Court's MC/ECF filing system.

/s/ Brandon Lopipero
An employee of WRIGHT, FINLAY & ZAK, LLP